**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: October 15, 2024
Docket #: 24-2648
Short Title: Securities and Exchange Commission v. Ripple Labs Inc.

DC Docket #: 1:20-cv-10832
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Analisa Torres

**AMENDED CAPTION NOTICE**

As noted on the docket sheet, the caption has been changed. If the brief has been filed, six copies of a revised brief cover accurately reflecting the change in official caption must be submitted within 14 days of this notice.

Inquiries regarding this case may be directed to 212-857-8551.