UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT |||
|---|---|---|
| **CASE TITLE** <br> Securities and Exchange Commission v. Ripple Labs, Inc. | **DISTRICT** <br> S.D.N.Y. | **DOCKET NUMBER** <br> 1:20-cv-10832-AT-SN |
| | **JUDGE** <br> Hon. Analisa Torres | **APPELLANT** <br> Securities and Exchange Commission |
| | **COURT REPORTER** <br> Southern District Reporters, P.C. | **COUNSEL FOR APPELLANT** <br> Ezekiel L. Hill |

**Check the applicable provision:**

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

Reason for not ordering a transcript:

☑ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**    ☐ Funds    ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b).** I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| **COUNSEL'S SIGNATURE** <br> /s/ Ezekiel L. Hill | **DATE** <br> 10/16/24 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** | | **DATE** |

Revised June, 2017