PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING
BRUSSELS
HONG KONG
LONDON
LOS ANGELES

SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373-3191
EMAIL: MFLUMENBAUM@PAULWEISS.COM

October 22, 2024

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Securities and Exchange Commission* v. *Ripple Labs, Inc. et al.*, No. 24-2648

Dear Ms. Wolfe:

      Please be advised that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP no longer represents Appellee Christian A. Larsen. Accordingly, I respectfully consent to the substitution of counsel and appearance by Matthew C. Solomon and the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel for Christian A. Larsen herein.

      Respectfully Submitted,

      /s/ *Martin Flumenbaum*
      Martin Flumenbaum