**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: SEC v. Ripple Labs Inc.  Docket No.: 24-2648

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Rahul Mukhi

Firm: Cleary Gottlieb Steen & Hamilton LLP

Address: One Liberty Plaza, New York, NY 10006

Telephone: 212-225-2912   Fax:

E-mail: rmukhi@cgsh.com

Appearance for: Bradley Garlinghouse and Christian A. Larsen (appellees)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Matthew Solomon, Cleary Gottlieb Steen & Hamilton LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/11/2024   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Rahul Mukhi

Type or Print Name: Rahul Mukhi