

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

October 24, 2024

Catherine O'Hagen Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Via ECF*

Re: *SEC v. Ripple Labs Inc.*, No. 24-2648

Dear Ms. Wolfe,

    Pursuant to Local Rule 31.2(a)(1)(A), appellant-cross-appellee Securities and Exchange Commission respectfully requests January 15, 2025 as the deadline for its principal brief.

    Sincerely,

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-7724
hillez@sec.gov

cc: Counsel of record (via ECF)