# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES SECURITIES & EXCHANGE COMMISSION,<br><br>*Plaintiff-Appellant-Cross-Appellee*,<br><br>v.<br><br>RIPPLE LABS, INC.,<br><br>*Defendant-Appellee-Cross-Appellant*,<br><br>BRADLEY GARLINGHOUSE, CHRISTIAN A. LARSEN,<br><br>*Defendants-Appellees*,<br><br>JORDAN DEATON, JAMES LAMONTE, MYA LAMONTE, TYLER LAMONTE, MITCHELL MCKENNA, KRISTIANA WARNER, PHD ROSLYN LAYTON,<br><br>*Intervenors.* | Nos. 24-2648, 24-2705 |

## STIPULATION REGARDING USE OF DEFERRED APPENDIX

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED by and between the undersigned counsel for the parties that the parties will file a deferred appendix for this appeal and cross-appeal pursuant to Fed. R. App. P. 30(c) and L.R. 30.1(c).

Dated: January 14, 2025

| | |
|---|---|
| */s/ Michael K. Kellogg*[*]<br>Michael K. Kellogg | DAVID D. LISITZA<br>*Senior Appellate Counsel* |
| KELLOGG, HANSEN, TODD, FIGEL,<br>& FREDERICK PLLC<br>Sumner Square<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036<br>+1 (202) 326-7900<br>mkellogg@kellogghansen.com | */s/ Ezekiel L. Hill*<br>EZEKIEL L. HILL<br>*Appellate Counsel*<br><br>Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549<br>(202) 551-7724 (Hill)<br>hillez@sec.gov |
| DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>+1 (212) 909-6000 | *Counsel for Plaintiff-Appellant-Cross-Appellee Securities and Exchange Commission* |
| *Counsel for Defendant-Appellee-Cross-Appellant Ripple Labs Inc.* | |

*/s/ Matthew C. Solomon*[*]
Matthew C. Solomon

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Matthew C. Solomon
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 974-1680
msolomon@cgsh.com

*Counsel for Defendants-Appellees Bradley Garlinghouse and Christian Larsen*

---

[*] Defendant-Appellee-Cross-Appellant Ripple Labs Inc. and Defendants-Appellees Bradley Garlinghouse and Christian Larsen have authorized the Securities and Exchange Commission to file with their respective signatures.

2