KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
───
(202) 326-7900

FACSIMILE:
(202) 326-7999

January 23, 2025

*Via ECF*

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *SEC v. Ripple Labs Inc.*, No. 24-2648 & 24-2705

Dear Ms. Wolfe:

  I write on behalf of Appellee-Cross-Appellant Ripple Labs Inc ("Ripple") concerning the above appeal and cross-appeal. Under this Court's Rule 31.2(a)(1)(B), Ripple requests a due date of April 16, 2025 for its brief. I am authorized to state that Appellees Bradley Garlinghouse and Christian A. Larsen join in this request.

            Respectfully submitted,

            */s/ Michael K. Kellogg*

            Michael K. Kellogg
            *Counsel for Appellant-Cross-Appellee*
            *Ripple Labs Inc.*

 cc: All Counsel of Record (via ACMS)