# CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
**ASIA**
BEIJING
HONG KONG
SEOUL

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

D: +1 202-974-1680
msolomon@cgsh.com

January 24, 2025

BY ECF

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *SEC v. Ripple Labs Inc.*, No. 24-2648 & 24-2705

Dear Ms. Wolfe:

     We represent Defendant-Appellees Bradley Garlinghouse and Christian A. Larsen in the above-referenced appeal. Defendant-Appellees Garlinghouse and Larsen join in the request filed by Ripple Labs Inc pursuant to Local Rule 31.2(a)(1)(B) asking that the deadline for the opposition brief be set for April 16, 2025.

                                                    Respectfully submitted,

                                                /s/ *Matthew C. Solomon*
                                                Matthew C. Solomon

cc:     All counsel of record (via ECF)

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.