# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of January, two thousand twenty-five,

---

United States Securities & Exchange Commission,

      Plaintiff-Appellant-Cross-Appellee,

v.

Ripple Labs, Inc.,

      Defendant-Appellee-Cross-Appellant,

Bradley Garlinghouse, Christian A. Larsen,

      Defendants-Appellees,

Jordan Deaton, James LaMonte, Mya LaMonte, Tyler LaMonte, Mitchell McKenna, Kristiana Warner, PhD Roslyn Layton,

      Intervenors.

**ORDER**
Docket No. 24-2648

---

Counsel for APPELLEES Bradley Garlinghouse and Christian A. Larsen, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 16, 2025, as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before April 16, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

