UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2648(L), 24-2705(XAP)

**Caption [use short title]**

**Motion for:** Joint motion to hold appeal and cross-appeal in abeyance.

**Set forth below precise, complete statement of relief sought:**
The parties jointly request that this Court place this appeal and cross-appeal in abeyance, with the Securities and Exchange Commission directed to file a status report within 60 days of the stay order.

## SEC v. Ripple Labs, Inc.

**MOVING PARTY:** Securities and Exchange Commission
**OPPOSING PARTY:** Ripple Labs, Inc., Bradley Garlinghouse, Christian Larsen

[✔] Plaintiff    [ ] Defendant
[✔] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** David D. Lisitza
**OPPOSING ATTORNEY:** Michael K. Kellogg

[name of attorney, with firm, address, phone number and e-mail]

Securities and Exchange Commission
100 F Street, N.E., Washington, D.C. 20549
202-551-6000, lisitzad@sec.gov

Kellogg, Hansen, Todd, Figel, & Frederick PLLC
Sumner Square, 1615 M Street, NW, Suite 400 Washington, D.C. 20036
202-326-7900, mkellogg@kellogghansen.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the Southern District of New York, No. 20-cv-10832 (Torres, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[✔] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✔] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes [✔] No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ David D. Lisitza      **Date:** 4/10/2025      Service by: [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 24-2648(L)

24-2705(XAP)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

Plaintiff-Appellant-Cross-Appellee,

v.

RIPPLE LABS, INC.,

Defendant-Appellee-Cross-Appellant,

BRADLEY GARLINGHOUSE, CHRISTIAN A. LARSEN,

Defendants-Appellees,

JORDAN DEATON, JAMES LAMONTE, MYA LAMONTE, TYLER LAMONTE, MITCHELL MCKENNA, KRISTIANA WARNER, PHD ROSLYN LAYTON,

Intervenors.

On Appeal from a Final Order of the U.S. District Court
for the Southern District of New York, No. 20-cv-10832 (Torres, J.)

## JOINT MOTION
## TO HOLD APPEAL AND CROSS-APPEAL IN ABEYANCE

The Securities and Exchange Commission, Appellant-Cross-Appellee, Ripple Labs, Inc., Appellee-Cross-Appellant, Bradley Garlinghouse, Appellee, and Christian A. Larsen, Appellee, jointly move to hold these appeals in abeyance in light of the parties having reached an agreement-in-principle, subject to Commission approval, to resolve the underlying case, the Commission's appeal,

and Ripple's cross-appeal. An abeyance would conserve judicial and party resources while the parties continue to pursue a negotiated resolution of this matter.

1. On October 3, 2024, the Commission filed a notice of appeal from the district court's final judgment. No. 24-2648, ECF 1.

2. On October 10, 2024, Ripple filed a notice of cross-appeal from the district court's final judgment. No. 24-2705, ECF 1.

3. On January 15, 2025, the Commission filed its opening brief. No. 24-2648, ECF 45.

4. On January 31, 2025, this Court issued scheduling orders establishing April 16, 2025 as the deadline for Ripple's response and opening brief and for Garlinghouse's and Larsen's response brief. No. 24-2648, ECF 57 & ECF 59.

5. There is good cause for the parties' joint request that this Court put these appeals in abeyance. The parties have reached an agreement-in-principle, subject to Commission approval, to resolve the underlying case, the Commission's appeal, and Ripple's cross-appeal. The parties require additional time to obtain Commission approval for this agreement-in-principle, and if approved by the Commission, to seek an indicative ruling from the district court. An abeyance would conserve judicial and party resources. *See Landis v. N. Am. Co.*, 299 U.S.

2

3

248, 254 (1936). Moreover, no party would suffer prejudice as a result of the abeyance, and all parties to the appeal and cross-appeal consent to it.

      6.     Accordingly, the parties request that this Court place this appeal and the cross-appeal in abeyance, with the Commission directed to file a status report within 60 days of the stay order.

| | |
|---|---|
| Date: April 10, 2025 | Respectfully submitted, |

| | |
|---|---|
| */s/ Michael K. Kellogg*[*]<br>Michael K. Kellogg | Jeffrey B. Finnell<br>*Acting General Counsel* |
| KELLOGG, HANSEN, TODD, FIGEL,<br>& FREDERICK PLLC<br>Sumner Square<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>mkellogg@kellogghansen.com | Tracey A. Hardin<br>*Solicitor*<br><br>*/s/ David D. Lisitza*<br>David D. Lisitza<br>*Senior Appellate Counsel* |
| DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 | Ezekiel L. Hill<br>*Appellate Counsel*<br><br>SECURITIES AND EXCHANGE<br>COMMISSION<br>100 F Street, N.E. |
| *Counsel for Defendant-Appellee-Cross-Appellant Ripple Labs Inc.* | Washington, D.C. 20549<br>(202) 551-6000<br>lisitzad@sec.gov |
| */s/ Matthew C. Solomon*[*]<br>Matthew C. Solomon | *Counsel for Plaintiff-Appellant-Cross-Appellee Securities and Exchange Commission* |
| CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>Matthew C. Solomon<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>(202) 974-1680<br>msolomon@cgsh.com | |
| *Counsel for Defendants-Appellees Bradley Garlinghouse and Christian Larsen* | |

---

[*] Defendant-Appellee-Cross-Appellant Ripple Labs Inc. and Defendants-Appellees Bradley Garlinghouse and Christian Larsen have authorized the Securities and Exchange Commission to file with their respective signatures.

## CERTIFICATIONS

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 305 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as required by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3. I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit through the Court's ACMS. I certify that all participants in the case are registered ACMS users and that service will be accomplished by ACMS.

Respectfully submitted,

/s/ David D. Lisitza
David D. Lisitza

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-6000
lisitzad@sec.gov

Date: April 10, 2025