# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand twenty-five.

Before:     José A. Cabranes,
               *Circuit Judge.*

_____

United States Securities & Exchange Commission,

    Plaintiff-Appellant-Cross-Appellee,

 v.

Ripple Labs, Inc.,

    Defendant-Appellee-Cross-Appellant,

Bradley Garlinghouse, Christian A. Larsen,

    Defendants-Appellees,

Jordan Deaton, James LaMonte, Mya LaMonte, Tyler LaMonte, Mitchell McKenna, Kristiana Warner, PhD Roslyn Layton,

    Intervenors.

_____

**ORDER**

Docket Nos. 24-2648(L), 24-2705(XAP)

    The parties jointly move to hold this appeal in abeyance, with the United States Securities & Exchange Commission directed to file a status report within 60 days of this order.

    IT IS HEREBY ORDERED that the joint motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

