# 24-2648(L)

24-2705(XAP)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

Plaintiff-Appellant-Cross-Appellee,

v.

RIPPLE LABS, INC.,

Defendant-Appellee-Cross-Appellant,

BRADLEY GARLINGHOUSE, CHRISTIAN A. LARSEN,

Defendants-Appellees,

JORDAN DEATON, JAMES LAMONTE, MYA LAMONTE, TYLER LAMONTE, MITCHELL MCKENNA, KRISTIANA WARNER, PHD ROSLYN LAYTON,

Intervenors.

On Appeal from a Final Order of the U.S. District Court
for the Southern District of New York, No. 20-cv-10832 (Torres, J.)

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the Securities and Exchange Commission ("Commission"), Appellant-Cross-Appellee, Ripple Labs, Inc. ("Ripple"), Appellee-Cross-Appellant, Bradley Garlinghouse, Appellee, and Christian A. Larsen, Appellee, jointly stipulate to the dismissal of the Commission's appeal (No. 24-2648), and Ripple's cross-appeal (No. 24-2705), with each party to bear its own costs and fees.

| | |
|---|---|
| Date: August 7, 2025 | Respectfully submitted, |

*/s/ Michael K. Kellogg*[*]
Michael K. Kellogg

KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
mkellogg@kellogghansen.com

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Counsel for Defendant-Appellee-Cross-Appellant Ripple Labs Inc.*

*/s/ Matthew C. Solomon*[*]
Matthew C. Solomon

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Matthew C. Solomon
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 974-1680
msolomon@cgsh.com

*Counsel for Defendants-Appellees Bradley Garlinghouse and Christian Larsen*

Jeffrey B. Finnell
*Acting General Counsel*

Tracey A. Hardin
*Solicitor*

David D. Lisitza
*Senior Appellate Counsel*

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill
*Appellate Counsel*

SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-6000
hillez@sec.gov

*Counsel for Plaintiff-Appellant-Cross-Appellee Securities and Exchange Commission*

---

[*] Defendant-Appellee-Cross-Appellant Ripple Labs Inc. and Defendants-Appellees Bradley Garlinghouse and Christian Larsen have authorized the Securities and Exchange Commission to file with their respective signatures.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit through the Court's ACMS system. All parties and counsel of record were served with copies of the foregoing document on the same date through the Court's ACMS system.

                                                            */s/ Ezekiel L. Hill*
                                                            Ezekiel L. Hill

Dated: August 7, 2025