

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**100 F Street, N.E.**
**Washington, D.C. 20549**

**OFFICE OF THE**
**GENERAL COUNSEL**

**Ezekiel L. Hill**
**(202) 551-7724**
**hillez@sec.gov**

August 11, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Via ECF*

Re:  *SEC v. Ripple Labs, Inc.*, No. 24-2648

Dear Ms. Wolfe,

    I write on behalf of the Securities and Exchange Commission with respect to the August 8, 2025 Notice of Defective Filing (Dkt. 65) that was entered in the above-referenced matter regarding the August 7, 2025 Joint Stipulation of Dismissal (Dkt. 64) and states in relevant part that "[t]he Intervenors must be listed on the document."

    This Court's caption for this matter identifies seven putative intervenors: Jordan Deaton, James Lamonte, Mya Lamonte, Tyler Lamonte, Mitchell Mckenna, Kristiana Warner, and Roslyn Layton.  But, as discussed with your office, none of the putative intervenors has been permitted to intervene in these proceedings.  On October 4, 2021, the district court denied the motion to intervene of Jordan Deaton, James Lamonte, Mya Lamonte, Tyler Lamonte, Mitchell Mckenna, and Kristiana Warner.  *SEC v. Ripple Labs, Inc.*, No. 20-cv-10832 (S.D.N.Y.), Dkt. 372.  And on May 16, 2023, the district court denied the motion to intervene of Roslyn Layton.  *Id.*, Dkt. 819.  Moreover, none of the putative intervenors has sought to intervene in this appeal.[1]

    Thank you for your consideration.

Sincerely,

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

cc:  Counsel of record (via ECF)

---

[1] On October 23, 2024, John Deaton filed an Acknowledgement and Notice of Appearance on behalf of "Jordan Deaton, James LaMonte, Mya LaMote, Tyler LaMote, Mitchell McKenna, [and] Kristiana Warner."  Dkt. 28.