# 24-2648(L)

24-2705(XAP)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

Plaintiff-Appellant-Cross-Appellee,

v.

RIPPLE LABS, INC.,

Defendant-Appellee-Cross-Appellant,

BRADLEY GARLINGHOUSE, CHRISTIAN A. LARSEN,

Defendants-Appellees,

JORDAN DEATON, JAMES LAMONTE, MYA LAMONTE, TYLER LAMONTE, MITCHELL MCKENNA, KRISTIANA WARNER, PHD ROSLYN LAYTON,

Intervenors.

On Appeal from a Final Order of the U.S. District Court
for the Southern District of New York, No. 20-cv-10832 (Torres, J.)

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the Securities and Exchange Commission ("Commission"), Appellant-Cross-Appellee, Ripple Labs, Inc. ("Ripple"), Appellee-Cross-Appellant, Bradley Garlinghouse, Appellee, and Christian A. Larsen, Appellee, jointly stipulate to the dismissal of the Commission's appeal (No. 24-2648), and Ripple's cross-appeal (No. 24-2705), with each party to bear its own costs and fees.

| | |
|---|---|
| Date: August 7, 2025 | Respectfully submitted, |
| | |
| /s/ Michael K. Kellogg<br>Michael K. Kellogg | Jeffrey B. Finnell<br>*Acting General Counsel* |
| KELLOGG, HANSEN, TODD, FIGEL,<br>& FREDERICK PLLC<br>Sumner Square<br>1615 M Street, NW, Suite 400<br>Washington, D.C. 20036<br>(202) 326-7900<br>mkellogg@kellogghansen.com | Tracey A. Hardin<br>*Solicitor*<br><br>David D. Lisitza<br>*Senior Appellate Counsel*<br><br>/s/ Ezekiel L. Hill<br>Ezekiel L. Hill<br>*Appellate Counsel* |
| DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 | SECURITIES AND EXCHANGE<br>COMMISSION<br>100 F Street, N.E.<br>Washington, D.C. 20549<br>(202) 551-6000<br>hillez@sec.gov |
| *Counsel for Defendant-Appellee-Cross-Appellant Ripple Labs Inc.* | *Counsel for Plaintiff-Appellant-Cross-Appellee Securities and Exchange Commission* |
| /s/ Matthew C. Solomon<br>Matthew C. Solomon | |
| CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>Matthew C. Solomon<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>(202) 974-1680<br>msolomon@cgsh.com | |
| *Counsel for Defendants-Appellees Bradley Garlinghouse and Christian Larsen* | |