# 24-2648(L)

24-2705(XAP)

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

Plaintiff-Appellant-Cross-Appellee,

v.

RIPPLE LABS, INC.,

Defendant-Appellee-Cross-Appellant,

BRADLEY GARLINGHOUSE, CHRISTIAN A. LARSEN,

Defendants-Appellees,

JORDAN DEATON, JAMES LAMONTE, MYA LAMONTE, TYLER LAMONTE, MITCHELL MCKENNA, KRISTIANA WARNER, PHD ROSLYN LAYTON,

Intervenors.

On Appeal from a Final Order of the U.S. District Court
for the Southern District of New York, No. 20-cv-10832 (Torres, J.)

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the Securities and Exchange Commission ("Commission"), Appellant-Cross-Appellee, Ripple Labs, Inc. ("Ripple"), Appellee-Cross-Appellant, Bradley Garlinghouse, Appellee, and Christian A. Larsen, Appellee, jointly stipulate to the dismissal of the Commission's appeal (No. 24-2648), and Ripple's cross-appeal (No. 24-2705), with each party to bear its own costs and fees.

| | |
|---|---|
| Date: August 7, 2025 | Respectfully submitted, |

/s/ Michael K. Kellogg
Michael K. Kellogg

KELLOGG, HANSEN, TODD, FIGEL,
& FREDERICK PLLC
Sumner Square
1615 M Street, NW, Suite 400
Washington, D.C. 20036
(202) 326-7900
mkellogg@kellogghansen.com

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Counsel for Defendant-Appellee-Cross-Appellant Ripple Labs Inc.*

/s/ Matthew C. Solomon
Matthew C. Solomon

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Matthew C. Solomon
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 974-1680
msolomon@cgsh.com

*Counsel for Defendants-Appellees Bradley Garlinghouse and Christian Larsen*

Jeffrey B. Finnell
*Acting General Counsel*

Tracey A. Hardin
*Solicitor*

David D. Lisitza
*Senior Appellate Counsel*

/s/ Ezekiel L. Hill
Ezekiel L. Hill
*Appellate Counsel*

SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-6000
hillez@sec.gov

*Counsel for Plaintiff-Appellant-Cross-Appellee Securities and Exchange Commission*