UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES SECURITIES & EXCHANGE COMMISSION, *Plaintiff-Appellant-Cross-Appellee*, v. RIPPLE LABS, INC., *Defendant-Appellee-Cross-Appellant*, BRADLEY GARLINGHOUSE, CHRISTIAN A. LARSEN, *Defendants-Appellees*, JORDAN DEATON, JAMES LAMONTE, MYA LAMONTE, TYLER LAMONTE, MITCHELL MCKENNA, KRISTIANA WARNER, PHD ROSLYN LAYTON, *Intervenors*. | Nos. 24-2648(L), 24-2705(XAP) |

**STATUS REPORT**

Appellant-Cross-Appellee Securities and Exchange Commission submits this status report pursuant to this Court's April 16, 2025 order (No. 24-2648 Dkt. No. 61) and the Commission's June 16, 2025 status report (No. 24-2648 Dkt. No. 63). The parties have filed a joint stipulation of dismissal of the Commission's

appeal (No. 24-2648) and Appellee-Cross-Appellant Ripple Labs, Inc.'s cross-appeal (No. 24-2705), with each party to bear its own costs and fees.  No. 24-2648 Dkt. No. 64, 68, 69.  The joint stipulation of dismissal remains pending.

    Respectfully submitted,

    */s/ David D. Lisitza*
    DAVID D. LISITZA
    *Senior Appellate Counsel*

    EZEKIEL L. HILL
    *Appellate Counsel*

    Securities and Exchange Commission
    100 F Street, N.E.
    Washington, D.C. 20549
    (202) 551-7724 (Hill)
    hillez@sec.gov

August 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Second Circuit through the Court's ACMS system. All parties and counsel of record were served with copies of the foregoing document on the same date through the Court's ACMS system.

                                                */s/ David D. Lisitza*
                                                David D. Lisitza

Dated: August 15, 2025