UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of August, two thousand twenty-five,

_____

| | |
|---|---|
| United States Securities & Exchange Commission, | **ORDER**<br>Docket Nos. 24-2648, 24-2705 |
|     Plaintiff-Appellant-Cross-Appellee, | |
| v. | |
| Ripple Labs, Inc., | |
|     Defendant-Appellee-Cross-Appellant, | |
| Bradley Garlinghouse, Christian A. Larsen, | |
|     Defendants-Appellees, | |
| Jordan Deaton, James LaMonte, Mya LaMonte, Tyler LaMonte, Mitchell McKenna, Kristiana Warner, PhD Roslyn Layton, | |
|     Intervenors. | |

_____

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

      The stipulation is hereby "So Ordered".

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court